IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER SEYMOUR,

    Plaintiff,

v.

GEORGIA KOSTCHYZ, et al

    Defendants.

ORDER

Case No. 22-cv-170-jdp

Plaintiff Peter Seymour has filed a proposed civil complaint, but has neither paid the filing fee nor requested leave to proceed without prepayment. For this case to proceed, plaintiff must pay the $402 filing fee[1] or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 18, 2022.

A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Peter Seymour may have until April 18, 2022 to submit the $402 filing fee or a motion for leave to proceed without prepayment and a trust fund

---

[1] Effective December 1, 2020, the total fee for filing a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).

account statement for the period beginning approximately September 28, 2021 and ending approximately March 28, 2022.  If, by April 18, 2022, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 28th day of March, 2022.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER SEYMOUR,

    Plaintiff,

v.

GEORGIA KOSTCHYZ,

    Defendants.

ORDER

Case No.  22-cv-170-jdp

**PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FULL FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**    **Personal Information**

1) Your name: _____

    (a)    State the place of your incarceration and provide your prisoner identification number:

    _____    _____
                    (place)                                              (number)

    (b)    Are you employed at the institution?    ☐ Yes    ☐ No

    (c)    Do you receive any payment from the institution?    ☐ Yes    ☐ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2) Do you have any dependents that you are responsible for supporting?

    ☐ Yes    ☐ No

    If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.** **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1 )   Do you own a car?

  □ Yes      □ No           If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2)   Do you own your home(s)?      □ Yes      □ No

  If "Yes," state the approximate value(s).     $ _____

  What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $ _____

3)   Do you have any cash or checking, savings, or other similar accounts?
  □ Yes      □ No

  If "Yes," state the total of such sums.     $ _____

4)   Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

  □ Yes      □ No

  If "Yes," describe the property and the approximate value(s).

  _____

  _____

**III.     Litigation History**

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| **Case Name**<br>**(Plaintiffs and defendants)** | **Case number**<br>**(or year of filing)** | **Federal district** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**IV.     Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                                                    **Signature - Signed Under Penalty of Perjury**