IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PETER SEYMOUR,

           Plaintiff,

v.

GEORGIA KOSTCHYZ, *et al.*,

           Defendants.

AMENDED SCHEDULING ORDER

22-cv-170-jdp

---

At an August 16, 2023 telephonic conference, the court reset the schedule:

Deadline to File an "Exhaustion" Motion: September 29, 2023

Disclosure of Expert Witnesses: Plaintiff: December 1, 2023

                              Defendants: January 12, 2024

Deadline for Filing Dispositive Motions: January 26, 2024

Discovery Cutoff: June 21, 2024

Submissions for the Telephonic Final Pretrial Conference: June 28, 2024

                              Responses: July 12, 2024

Telephonic Final Pretrial Conference: July 26, 2024 at 10:00 a.m.

Jury Selection and Trial: August 5, 2024 at 9:00 a.m.

Entered this 17th day of August, 2023.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge